UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

KAVITA SEEMANGAL,

    *Plaintiff,*

v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,

    *Defendant.*

Civ. No.: 17-cv-09003 (GBD)

**DEFENDANT'S RULE 7.1 STATEMENT**

-------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Cellco Partnership d/b/a Verizon Wireless ("Defendant") certifies that Defendant is a wholly owned subsidiary of Verizon Communications Inc., a publicly held corporation.

Dated: Melville, New York
       January 9, 2018

                                      Yours, etc.

                                      JACKSON LEWIS P.C.
                                      *ATTORNEYS FOR DEFENDANT*
                                      CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS
                                      58 South Service Road, Suite 250
                                      Melville, New York 11747
                                      (631) 247-0404
                                      wengerm@jackslonlewis.com

By: _____
                MARC S. WENGER, ESQ.