UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KAVITA SEEMANGAL,                          :

                                           :

                        Plaintiff,         :

                                           :

          -against-                        :          ORDER

                                           :

CELLCO PARTNERSHIP *doing business as*     :          17 Civ. 9003 (GBD)
VERIZON WIRELESS,                          :

                                           :

                        Defendant.         :

                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APR 0 6 2018

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

Dated: New York, New York                  SO ORDERED.
       April 6, 2018

                                           *George B. Daniels*
                                           GEORGE B. DANIELS
                                           United States District Judge